UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:19-CR-176 |
| ) | |
| UVER ALEXANDER VALERA ) | |
| ESQUENAZI ) | |

## MEMORANDUM AND ORDER

This criminal case is set for trial on December 8, 2020. Now before the Court is the defendant's motion to continue. [Doc. 40]. Therein, defense counsel states that the defendant and the prosecution have reached a plea agreement but that additional time is needed to get that document filed due to obstacles secondary both to counsel's location (south Florida) and the COVID-19 pandemic. According to the motion, the requested continuance is not opposed by the United States.

The motion will be granted. The Court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court finds that failing to grant the motion would deny the defendant reasonable time necessary for effective preparation should the parties' plea negotiations prove unsuccessful. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The defendant's motion [doc. 53] is accordingly **GRANTED**. Trial is **CONTINUED** from December 8, 2020, to **Tuesday, January 26, 2021, at 9:00 a.m.** in Knoxville. The plea cutoff deadline is reset to December 28, 2020.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge