# UNITED STATES PROBATION OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Uver Alexander Valera Esquenazi  **Docket Number:** 3:19-CR-00176-001

**Name of Sentencing Judicial Officer:** The Honorable R. Leon Jordan
United States District Judge

**Name of Presiding Judicial Officer:** The Honorable Katherine A. Crytzer
United States District Judge

**Date of Original Sentence:** March 8, 2022

**Original Offense:** <u>Count 1</u>: Conspiracy to Commit Wire Fraud, in violation of Title 18 U.S.C. §§ 1349 and 1343

<u>Count 2</u>: Aiding and Abetting Aggravated Identity Theft, in violation of Title 18 U.S.C. §§ 1028A(a)(1), 1028A(c)(4), 1028A(c)(5), 1028A(b), and 2

**Class:** <u>Count 1</u>: C Felony  **Criminal History Category:** I

<u>Count 2</u>: E Felony

**Original Sentence:** 75 months of imprisonment, followed by three (3) years of supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** March 19, 2024

**Date Supervision Expires:** November 7, 2026

**Assistant U.S. Attorney:** Frank M. Dale, Jr.

**Defense Attorney:** Jorge L. Del Villar

****************************************

## PETITIONING THE COURT

To modify the conditions of supervision to include the following additional special condition:

**The defendant shall pay the fine at the rate of $30.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The United States**

**Probation Office and the United States Attorney's Office shall monitor the payment of the fine and report to the Court any material change in the defendant's ability to pay.**

## CAUSE

On May 13, 2024, the United States Probation Office received a supervised release modification request from the Southern District of Florida. United States Probation Officer Desiree Rodriguez wrote the following.

> Since the onset of supervision, the defendant has resided with his sister, Leanis Valera, at 215 Northeast 9th Street, Apt 2, Pompano Beach, Florida and indicated he makes no monetary contributions towards household expenses. The defendant remains unemployed because he cannot obtain lawful employment without an Employment Authorization Document (EAD). He applied for an EAD and is currently pending an appointment with ICE.
>
> The defendant was ordered to pay restitution in the sum of $18,839.24. A financial investigation was conducted to determine what amount the defendant could afford to pay monthly. The defendant reported the household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant, and the expenses were adjusted accordingly. Based on this information, and through the assistance of his sister, it was determined that the defendant will be able to pay $30.00 per month toward restitution.

USPO Rodriguez respectfully requested that the Court in the Eastern District of Tennessee modify Mr. Esquenazi's payment schedule at the rate of $30.00 per month commencing in May of 2024, and every month thereafter.

Assistant United States Attorney Frank M. Dale, Jr. was contacted and voices no opposition to the proposed modification. Mr. Esquenazi agreed to the proposed modification and executed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, which is attached for the Court's review.

Respectfully submitted,

*April J. Bradford*    7/10/2024
April J. Bradford    Date
United States Probation Officer
Knoxville Division

APPROVED:

*Amanda Palmiter*    7/10/2024
Amanda J. Palmiter    Date
Intensive Supervision Specialist

AJB:tbw

**REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF**     Page 3
**SUPERVISION WITH CONSENT OF OFFENDER**
RE: Uver Alexander Valera Esquenazi     3:19-CR-00176-001

**ORDER OF COURT:**

The conditions of supervision are hereby modified to include the following additional special condition:

> **The defendant shall pay the fine at the rate of $30.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The United States Probation Office and the United States Attorney's Office shall monitor the payment of the fine and report to the Court any material change in the defendant's ability to pay.**

So ordered.

**ENTER.**

_____
The Honorable Katherine A. Crytzer
United States District Judge