PROB 49  
(3/89)

SD/FL PACTS # 8946741

# United States District Court

CONFIDENTIAL  
DO NOT FILE  DO NOT SCAN  
RETURN TO PROBATION

EASTERN DISTRICT OF TENNESSEE

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall pay the fine at the rate of $30.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The United States Probation Office and the United States Attorney's Office shall monitor the payment of the fine and report to the Court any material change in the defendant's ability to pay.**

Witness _____/s/ D. Rodriguez_____         Signed _____/s/_____  
    (U.S. Probation Officer)                              (Uver Valera Esquenazi)

4/29/24  
(Date)